

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Marvick Daniel Monter, DEFENDANT(S). | CASE NUMBER 17-547 M  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___April 12___, ___2017___, at ___11:00___ ☑a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, 312 N. Spring St, LA, CA 90012___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/10/17___

_____
U.S. ~~District Judge~~/Magistrate Judge