**F I L E D**
CLERK, U.S. DISTRICT COURT

11/16/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ NNE _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARVICK DANIEL MONTER, <br><br> Defendant. | Case No.   2:17-CR-00230-PA <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On November 16, 2023, Defendant Marvick Daniel Monter ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:17-CR-00203-PA.  The Court appointed Ijeoma Eke of the Federal Public Defender's Office to represent Defendant.  On this date, Defendant was represented by Daniel Natal of the Federal Public Defender's Office.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.   ☒   Defendant submitted to the Government's Request for Detention;

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that he will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Nature of instant allegations;
- Prior non-compliance with supervision;
- History of substance use.

D.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Nature of instant allegations;
- Prior non-compliance with supervision;
- Criminal history involving firearms and violence;
- Protective order against Defendant, expiring July 18, 2032;
- Domestic violence order against Defendant, expiring January 19, 2025.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled

2

substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g).]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 16, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3